CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 11 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 1:18CV00027 |
| v. | ) | |
| LARRY WAYNE PRICE, JUNIOR | ) | |
| Defendant. | ) | |

## VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff, the United States of America, by and through its undersigned attorney, hereby alleges as follows:

### INTRODUCTION

1. This is an action brought by the United States of America for a temporary restraining order, preliminary and permanent injunctions, and other equitable relief to which it is entitled under the Fraud Injunction Statute, 18 U.S.C. § 1345, to enjoin the ongoing commission of money laundering in violation of 18 U.S.C. § 1957 and the alienation or disposition of property derived from violations of 18 U.S.C. § 1957.

2. Since at least October 2016, Larry Wayne Price, Jr. ("Price") has engaged in a fraudulent scheme to defraud investors in various businesses owned by Price. With the fraudulently acquired money, Price engaged in various financial transactions for his personal gain. Price continues to spend the fraudulently obtained money. Additionally, Price has begun to sell assets acquired from the fraudulently acquired money. Because of this fraudulent scheme and money laundering, Price's victims have suffered losses totaling $17,725,000.00.

1

3. For the reasons stated herein, the United States seeks, pursuant to the Fraud Injunction Statute, 18 U.S.C. § 1345, to enjoin Price, and others acting on his behalf, from engaging in ongoing money laundering and alienating or disposing of property and assets linked to Price's money laundering in violation of 18 U.S.C. § 1957.

## JURISDICTION AND VENUE

4. This Court has jurisdiction of the subject matter of this action pursuant to 18 U.SC. § 1345 and 28 U.S.C. §§ 1331, 1345.

5. Venue is proper in the Western District of Virginia pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

6. Plaintiff is the United States of America acting pursuant to its authority under 18 U.SC. § 1345 to seek injunctive and other relief warranted to prevent continuing and substantial injury to any person, as well as its duty and authority under 28 U.SC. § 3664(m) to enforce orders of restitution by all other and available means.

7. The defendant is Larry Wayne Price, Jr., whose last known residence is 900 Tanager Drive, Bluefield, Virginia.

## FACTS

### I. Three Blind Mice Fraud and Money Laundering

8. In 2016, Price solicited money from investors for a mining operation. Price did so without any intention of using the investment money for a mining operation.

9. In October 2016, Price entered into a contract with Three Blind Mice LLC ("TBM"). The contract set forth that TBM lent Price money for the purchase and installation of a $7.5 million coal upgrading system that would allow creation of solid pieces of coal from coal

dust. Pursuant to the contract, Price would pay back the loan, plus a return on investment, to TBM by January 31, 2018.

10. On October 7, 2016, TBM wired $2.5 million to Price's personal account at Rocky Mountain Bank. On November 4, 2016, a TBM member wired an additional $2.5 million to Price's personal account at Rocky Mountain Bank. On March 16, 2017, TBM wired $500,000.00 to Price's personal account at Rocky Mountain Bank. On April 13, 2017, TBM wired $1.4 million to Price's personal account at Rocky Mountain Bank. In total, TBM wired Price $6.9 million.

11. Price never spent the $6.9 million acquired from TBM on a coal upgrading system. Instead, between October 11, 2016, and May 30, 2017, Price knowingly and intentionally spent $6,326,904.78 of the TBM money on (1) an RV and boats; (2) jewelry; (3) building contractors; (4) a non-mining related business entity owned by Price (Three Solutions); (5) cash to a personal associate; and (6) various credit card payments.

12. Price knowingly and intentionally transferred some of the TBM money to the Three Solutions account and spent the TBM money on further personal expenses with no relation to mining.

13. In January 2018, Price failed to pay back TBM investors any of the $6.9 million.

14. In April 2018, TBM filed suit against Price for defrauding them. In connection with that lawsuit, Price signed a notarized statement admitting that he lied to TBM investors to acquire the $6.9 million, never purchased the coal processing equipment, and stole TBM's money.

15. In exchange for the notarized admission of his fraud, Price signed over ownership of five parcels of real estate located in Billings, Montana.

## II. Ninety M LLC Fraud and Money Laundering

### A. Land and Mining Rights Purchase

16. In 2017, Ninety M LLC ("90M") registered in Wyoming as an LLC. Four LLCs and corporations owned by eight different individuals are the members of 90M. One of the members of 90M is H & P Investments, LLC ("H&P"). The members of H&P are Amy Price (Price's wife) and Chandra Hanson (the wife of Price's business associate, Todd Hanson). Larry Price is a Manager of 90M. Together, the 90M members contributed $15.2 million in cash.

17. The members created 90M for the purpose of purchasing land and coal mining permits in Tazewell, Virginia. 90M has two subsidiaries: Middle Creek Real Estate, LLC ("MCRE") and Middle Creek Operating, LLC ("MCO").

18. As the 90M Manager, Price entered negotiations with D&T Property Rentals and WYNNLY, Inc. (the "sellers") for the purchase of a ninety-four acre property in Tazewell County, Virginia, as well as mining rights to the land. On June 7, 2017, Price and the sellers agreed to a $2.1 million purchase price for the land and mining rights.

19. Price told the 90M members that the sellers agreed to a $6.1 million sale price for the land and mining rights.

20. On June 21, 2017, MCO wired $6.1 million from its JP Morgan Chase Bank account to The Dudley Law Firm, Price's personal attorney.

21. On June 23, 2017, The Dudley Law Firm wired $2.1 million—the true purchase price—to the sellers.

22. On July 3, 2017, The Dudley Law Firm wired the remaining $3.9 million of 90M's $6.1 million to Price's personal Rocky Mountain Bank account.

4

23. On July 5, 2017, Price transferred $1.425 million of the fraudulently obtained $3.9 million from his personal account at Rocky Mountain Bank to Three Solutions' Rocky Mountain Bank account.

   a. On July 5, 2017, Price wired $500,000 from the Three Solutions bank account to Natural Alternatives, a custom nutritional supplement company.

   b. Also on July 5, 2017, Price wired $925,000 from Three Solutions' bank account to H&P's Rocky Mountain Bank account.

24. In July 2017, from the remaining $2.4 million of the fraudulently obtained $3.9 million, Price made four additional transfers from one of his personal accounts at Rocky Mountain Bank to another personal account at Rocky Mountain Bank.

   a. On July 10, 2017, Price transferred $500,000.

   b. On July 11, 2017, Price transferred $204,000.

   c. On July 12, 2017, Price transferred $200,000.

   d. On July 17, 2017, Price transferred $40,000.

   **B. Fake Equipment Purchase No. 1**

25. On September 27, 2017, 90M wired Three Solutions $2.9 million for the purchase of heavy coal mining equipment for MCO.

26. On September 28, 2017, Price transferred $900,000 of the $2.9 million from the Three Solutions account to the H&P account at Rocky Mountain Bank.

27. Price never purchased the mining equipment with the $2.9 million from 90M. Instead, he stole the money and kept it for his personal use.

5

### C. Fake Equipment Purchase No. 2

28. On November 8, 2017, 90M wired $1.8 million from its MCO account to Three Solutions' account. 90M intended this money for Price to purchase mining equipment from Arcelor-Mitta.

29. On November 9, 2017, Price transferred $330,570 of the $1.8 million in the Three Solutions account into another of Price's bank accounts at Rocky Mountain Bank.

30. On November 22, 2017, Price transferred another $200,000 of the $1.8 million from the Three Solutions account into another of Price's bank accounts at Rocky Mountain Bank.

31. Price never purchased mining equipment from Arcelor-Mitta. Instead, Price used the fraudulently obtained $1.8 million for his personal use.

### D. Fake Coal Purchase

32. On January 9, 2018, Price called Steve Casher, a 90M investor in control of the 90M bank account, requesting $300,000 to purchase a form of coal to mix with the coal pile to make it more marketable.

33. 90M gave Price the $300,000, but Price never purchased any coal. Instead, Price used the fraudulently obtained $300,000 for his personal use.

### E. Equipment Purchase Kickback

34. On May 2, 2018, Price, as the Manager of 90M, negotiated the purchase of a piece of mining equipment from Peter's Equipment. Price informed 90M that the equipment cost was $2.4 million. 90M paid $2.4 million to Peter's Equipment for the purchase of the mining equipment.

35. The actual cost of the equipment was only $1,075,000. Price instructed Peter's Equipment to write Three Solutions a check for $1,325,000—the difference between the purchase price and Price's fake amount he gave to 90M.

36. In total between the TBM Fraud and 90M Fraud, Price fraudulently acquired $17,725,000, and knowing that he fraudulently obtained those funds, engaged in various monetary transactions, including significant purchases over $10,000 and transfers over $10,000 among bank accounts.

### III. Price's Dissipation of Assets and Fraudulently Obtained Funds

37. On or about May 9, 2018, Price and/or his wife sold an RV to Tennessee RV Sales and Service for approximately $312,000.

38. On May 9, 2018, Amy Price (Price's wife) opened a new bank account at First Sentinel Bank in Tazewell, Virginia, and deposited a check from Tennessee RV Sales and Service for $312,000.

39. In the days after opening the First Sentinel Bank account, the following individuals transferred $231,000 into the account:

| Date | Description | Amount |
|---|---|---|
| 05/15/2018 | Check from Cole Auto Outlet | $ 40,000.00 |
| 05/15/2018 | Wire Transfer from Heritage Equipment, Inc. | $170,000.00 |
| 05/15/2018 | Wire Transfer from Perry Dale Goins | $ 21,000.00 |
| | | $231,000.00 |

40. On May 10, 2018, Price was arrested for violation of 18 U.S.C. § 1001 for lying to federal agents. Price was detained at Southwest Virginia Regional Jail pending the posting of a $500,000 secured cash bond.

7

Case 1:18-cv-00027-JPJ-PMS   Document 1   Filed 06/11/18   Page 7 of 11   Pageid#: 7

41. On May 18, 2018, Amy Price wired $500,000 from the First Sentinel Bank account to the United States District Court for the Western District of Virginia to post Price's bond.

42. Price was released from jail on May 18, 2018.

43. Since Price's release from jail, he and his wife have continued to spend the fraudulently obtained money and transfer fraudulently obtained money among various bank accounts they control.

44. Todd Irwin, a Price associate, has been in contact with various individuals in Virginia and West Virginia, negotiating the sale of several of Price's assets as well as assets under Price's control but not in his name.

45. On May 24, 2018, Price sold a twenty-three foot, 2017 Ranger Bass Boat to Phillip Jones.

## COUNT I
### 18 U.S.C. § 1345—Injunctive Relief

46. The United States realleges and incorporates by reference paragraphs 1 through 43 of this Complaint as though fully set forth herein.

47. By reason of the conduct described herein, Defendant violated, is violating, and is about to violate 18 U.S.C. § 1957 by knowingly and intentionally engaging in monetary transactions in the United States with money that is criminally derived in excess of $10,000.

48. Upon a showing that Defendant is committing or is about to commit money laundering, the United States is entitled, under 18 U.S.C. § 1345, to a temporary restraining order, a preliminary injunction, and a permanent injunction restraining all future fraudulent conduct and any other action that this Court deems just in order to prevent a continuing and substantial injury to the victims of fraud.

8

49. Additionally, under 18 U.S.C. § 1345, upon a showing that Defendant is alienating or disposing of property, or intends to alienate or dispose of property, obtained as a result of money laundering, the United States is entitled to an injunction restraining such alienation or disposition, as well as a restraining order prohibiting any person from withdrawing, transferring, removing, dissipating, or disposing of any such property or property of equivalent value and appointment of a temporary receiver to administer such restraining order.

50. As a result of the foregoing, Defendant's conduct should be enjoined pursuant to 18 U.S.C. § 1345. Further, the alienation and disposition of his property should also be enjoined and a receiver should be appointed.

## **PRAYER FOR RELIEF**

The United States of America respectfully requests the following relief:

1. A temporary restraining order pursuant to 18 U.S.C. § 1345 as follows:

    a. Enjoining Defendant, his agents, officers, and employees, and all other persons and entities in active concert or participation with him from committing money laundering, as defined by 18 U.S.C. § 1957;

    b. Enjoining Defendant, his agents, officers, and employees, and all other persons and entities in active concert or participation with him from withdrawing, transferring, removing, dissipating, or disposing of any such property obtained as result of money laundering, as defined by 18 U.S.C. § 1957, or property of equivalent value totaling $17,725,000;

    c. Enjoining Defendant, his agents, officers, and employees, and all other persons and entities in active concert or participation with him from destroying, deleting, removing or transferring any and all business, financial, accounting, and other

9

records concerning Defendant's operations and the operations of any other corporate entity owned or controlled, in whole or in part, by Defendant; and

    d. Appointing a temporary receiver to administer such restraining order.

2. A preliminary injunction and permanent injunction on the same basis and to the same effect.

3. Such other and further relief as the Court shall deem just and proper.

Date: 6/8/18

                                    Respectfully submitted,

                                    THOMAS T. CULLEN
                                    United States Attorney

                                    */s/ Krista Consiglio*
                                    Krista Consiglio
                                    Assistant United States Attorney
                                    Virginia State Bar #89088
                                    United States Attorney's Office
                                    P.O. Box 1709
                                    Roanoke, VA 24008
                                    TEL (540) 857-2250
                                    Email: krista.consiglio@usdoj.gov

## VERIFICATION

I, C. Trevor McMurray, hereby declare that:

1. I am a Special Agent with the United States Internal Revenue Service.

2. I have read the above Verified Complaint and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Verified Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 5, 2018 in Bristol, Virginia.

*C. Trevor McMurray*
C. Trevor McMurray

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Krista Consiglio
Assistant US Attorney, P.O. Box 1709, Roanoke, VA 24008
540-857-2250

## DEFENDANTS
REDACTED

County of Residence of First Listed Defendant  Tazewell
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
18 U.S.C. § 1345
Brief description of cause:
Fraud injunction

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE  6/8/18
SIGNATURE OF ATTORNEY OF RECORD  /s/ Krista Consiglio

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE